```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 3721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5

 6  Attorneys for Plaintiff
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,       | CASE NO. 1:99-CR-05271-AWI-2 |
|---------------------------------|------------------------------|
| Plaintiff,                      | **ORDER DISMISSING INDICTMENT AS TO DEFENDANT PASCUAL COTA MOLINA** |
| v.                              |                              |
| PASCUAL COTA MOLINA,            |                              |
| Defendant.                      |                              |

For the reasons set forth in the motion to dismiss filed by the United States, the Indictment against defendant **PASCUAL COTA MOLINA** is hereby DISMISSED and any outstanding arrest warrant is recalled.

IT IS SO ORDERED.

Dated:   January 12, 2015                    _____
                                             SENIOR DISTRICT JUDGE

1